JOSEPH MACK, Appellant, *v.* BROOKLYN CITY RAILROAD COMPANY, Respondent.

(Argued May 18, 1931; decided June 9, 1931.)

*Alfred J. Hofmann* and *Jacob Granat* for appellant.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., CRANE and HUBBS, JJ.